Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__S__ District of __Iowa__

_____ Division

Darrien J. Bell
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Iowa Department of Correction
Newton Correctional Facility
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

) Case No. _____
)       (to be filled in by the Clerk's Office)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Darrien J. Bell
   All other names by which you have been known:
   ID Number: 6278886
   Current Institution: Newton Correctional Facility
   Address: PO Box 218
   Newton    IA    50208
   City      State  Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Iowa Department of Correction
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City    State   Zip Code
   [ ] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Newton Correctional Facility
   Job or Title (if known):
   Shield Number:
   Employer:
   Address: Newton Correctional Facility P.O Box 218
   Newton    IA    50208
   City      State  Zip Code
   [ ] Individual capacity   [X] Official capacity

## Basis for Jurisdiction

D. the Health services door was a sign that stated (Is not a walk in Clinic, If you have not been notified of an appointment or called by staff you are OPA, All requests to be seen need to be submitted on Kiosk) The Iowa Department of corrections does not have a policy number or a state code/Rule for a sign that's stated above. So what if a person sent a kiosk and it doesn't get noticed with-in an appropriate time, and it's a Critical situation. Are they just supposed to go back to they're bunk/cell and just endure the pain, Or are they just to go to health services and get a OPA just to inform staff members on what's go on and take the chance of getting a Report and in trouble. That sign is intimidation an threat towards any inmate needing medical service at that time.

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  City      State    Zip Code

  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  City      State    Zip Code

  [ ] Individual capacity    [ ] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A.  Are you bringing suit against *(check all that apply)*:

      [ ] Federal officials (a *Bivens* claim)

      [X] State or local officials (a § 1983 claim)

  B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  *The Deliberate Indifference Standard - Eighth Amendment*

  C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Here at Newton Correctional facility Posted on*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*This event arose at Newton correctional facility*

## Statement of Claim

B. Since I've got here on 07/09/24 and I asked Sgt. SCO Wyatt on 09/19/24 if I can get a copy of the orignal sign that was posted on health services door, and I was told by sgt. Wyatt, Dale higgins and another staff member that if i wanted a copy of that sign to either write it down word for word, which i did, or get a court order from a judge. When I wrote an grievance asking why i can't get a copy of the sign they told me because it's state equipment. Every sign that's state equipment that i know of have the Iowa Department of corrections seal on it. But not this sign.

Statement of Claim

C. at Newton Correctional facility/CRC on 07/09/24 I've asked a few staff members if i may have a copy of the sign on 09/19/24 around 10:15 a.m. - 10:28 a.m. on camera in front of health services door. I wrote an grievance complaint #67600 on 09/22/24 asking would they Respectfully take that sign down but didn't. Some time in December of 2024 they removed the sign out the window.

Statement of Claim

D. any medical situation going on and you're sent a kiosk but wasn't seen right away we can't just go knocking on health services door telling them we need medical treatment, because they will threaten to write you up for a OPA. On 08/25/2024 at 20:50 staff member Michelle Reitzler wrote in my medical Icon Stating - Pt came to medical and knocked on the door while I was seeing another pt. Advised that medical is not a walk in clinic and he tells me his ear is worse and he needs seen. Again told him he needs to kiosk and he says that he needs seen. Advised him that coming to the clinic without being called can result in OPA. He continues to tell me and show me his ear and again I told him that he was OPA. When he still was insistant, I advised that if he didn't leave now, I would write a report for OPA. He finally walked off.

I've also been sent a kiosk on 08/25/24 at 2:14 p.m.

C. What date and approximate time did the events giving rise to your claim(s) occur?

The sign been posted since I've arrived

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

At newton correctional facility if you have

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I've sustained P.T.S.D

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Requesting $1.2 million for damages I endured and pain

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Newton Correctiona Facility from July - December of 2024*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

## Injuries

I haven't recieved any treatment for my P.T.S.D because i'm still here at newton correctional facility and still waiting to handle my medical situation that i've been having going on since 07/14/24

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Newton correctional facility

2. What did you claim in your grievance?

In Grievance #67600, I've asked would they take the sign down. In Grievance #67603, I was denied a copy. and was told I'm not entitled to a copy of State equipment,

3. What was the result, if any?

no results

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I think I've appeal they decision, but also the warden to me I was on restriction for 30 day to to writting grievances

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *I filed a few grievances*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *I filed a few grievances and i informed sgt. SCO Wyatt, Dale higgines and another staff member, and the Warden.*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Yes

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   Darrien J. Bell
   Defendant(s)  Nurse Michelle Reitzler

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Southern District of Iowa Central Division

3. Docket or index number

   4:24-cv-00318-SHL-HCA

4. Name of Judge assigned to your case

   Stephen H. Locher

5. Approximate date of filing lawsuit

   09/12/2024

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/02/2025

Signature of Plaintiff: *Darrien Bell*
Printed Name of Plaintiff: Darrien J. Bell
Prison Identification #: 6278886
Prison Address: Newton Correctional Facility P.O. Box 218
Newton, IA 50208

### B.  For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
    City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Darrien J. Bell #6278806
Newton Correc[tional]
P.O. Box 218
Newton, IA 50208

"X-RAYED & CLEARED BY U.S.M.S. 6C

Clerk - U.S. District Court
P.O. Box 9344
Des Moines, IA 50306-9344

NOTICE: This Correspondence was mailed from an institution of the Iowa Department of Corrections